UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE COLLINS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. SOTO,<br><br>　　　　　Respondent. | Case No.: 1:15-cv-00559-JLT<br><br>ORDER CLOSING CASE IN LIGHT OF PETITIONER'S RULE 41(a) NOTICE OF DISMISSAL |

　　　　Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 22, 2015, Petitioner filed a request to withdraw his 28 U.S.C. § 2254 petition for writ of habeas corpus. Although Petitioner cites no rule, the Court construes the request as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which, in relevant part, reads as follows:

> (A)…the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared….(B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

In Wilson v. City of San Jose, the Ninth Circuit explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Concha v. Longon, 62 F.3d 1493, 1506 (9th cir. 1995)(citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff

files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment.  The dismissal is effective on filing and no court order is required.  Id.

Wilson v. City of San Jose, 111 F. 3d 688, 692 (9th Cir. 1997).

No responsive pleadings have been filed in this case and it appears that no such answers or summary judgment motions have been served.  Because Petitioner has exercised his right to voluntarily dismiss his petition under Rule 41(a)(1), this case has terminated.  See Wilson, 111 F.3d at 692.

Therefore, it is HEREBY ORDERED that the Clerk of the Court is DIRECTED to close this case in light of Petitioner's Rule 41(a)(1)(A)(i) requested dismissal.

IT IS SO ORDERED.

Dated:   **July 30, 2015**              /s/ Jennifer L. Thurston
                                           UNITED STATES MAGISTRATE JUDGE